**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1459**

---

MARY L. OUTIN,

                                     Plaintiff - Appellant,

     versus

TRAVELERS INSURANCE COMPANY,

                                     Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Dennis W. Shedd, District Judge. (CA-94-1818-3-19BD)

---

Submitted:  December 10, 1996     Decided:  December 19, 1996

---

Before HALL, MURNAGHAN, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mary L. Outin, Appellant Pro Se.  Jonathan Pharr Pearson, Stephen Carrington Mitchell, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mary L. Outin appeals the district court's order granting summary judgment to Defendant in this employment discrimination action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Outin v. Travelers Insurance Co.</u>, No. CA-94-1818-3-19BD (D.S.C. Mar. 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2